# United States District Court
# Eastern District of California

OLSON OIL, INC., A CALIFORNINA CORPORATION D/B/A ZINFANDEL CHEVRON #5828

Plaintiff(s)

V.

UNITED STATES OF AMERICA

Defendant(s)

Case Number: 2:26-cv-02851-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Z. Tapp hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PLAINTIFF, OLSON OIL, INC., A CALIFORNINA CORPORATION D/B/A ZINFANDEL CHEVRON #5828

On 09/09/2009 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Rai & Bassi Petrleum, Inc., et al. v. USA; 2:26-cv-00491-JDP-Date of Application: 02/18/26; Granted on 02/20/26

San Joaquin Mart, et al. v. USA; 2:26-cv-02258-JAM-JDP-Date of Application: 06/25/26; Case was Dismissed prior to the Court's Order granting.

Date: 9/9/26

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Andrew Z. Tapp

Law Firm Name: Metropolitan Law Group, PLLC

Address: 1971 W. Lumsden Rd., #326

City: Brandon State: FL Zip: 33511-8820

Phone Number w/Area Code: (813) 228-0658

City and State of Residence: Tampa, Florida

Primary E-mail Address: Andrew@metropolitan.law

Secondary E-mail Address: LaJeana@metropolitan.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mubarak Malik

Law Firm Name: The Law Office of Mubarak Malik The Immigration Advocate

Address: 4422 Temecula St., Unit 2

City: San Diego State: CA Zip: 92107

Phone Number w/Area Code: (619) 363-2871 Bar # 323314

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 24, 2026

Carolyn K. Delaney

JUDGE, U.S. DISTRICT COURT

**Exhibit A**

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon ) In Re: 0068002
Andrew Zachary Tapp
Metropolitan Law Group, PLLC
1971 W Lumsden Rd # 326
Brandon, FL 33511-8820

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2009**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **September, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-435791